STATE EX REL. FRED L. GIUSTI *v.* FRANK F. BARBINO
ET AL.

The defendants' motion to set aside the judgment, with costs, of the trial court and to direct the entry of a final judgment against the plaintiff in the appeal from the Superior Court for the judicial district of Waterbury is granted, unless the plaintiff, having failed with proper diligence to defend against the appeal, files his brief on or before December 1, 1975.

*John F. Phelan,* assistant corporation counsel, for the appellants (defendants).

*Anthony F. DiFabio,* for the appellee (plaintiff).

Argued November 4—decided November 4, 1975

GEORGE J. FERRIO, EXECUTOR *v.* IRENE M. FRANKONIS

The defendant's motion to dismiss the appeal from the Superior Court in Fairfield County is dismissed.

No appearance for either party.

Decided November 4, 1975

SHARON ANNE ROBERTSON *v.* ROBERT APUZZO

This court, having considered the defendant's "Motion to Correct the Record by Preparing and Distributing Supplemental Record," directs that, in accordance with § 675 of the Practice Book, as amended, the clerk of this court for Hartford County furnish each of the Justices a typewritten copy of the financial affidavit to which reference is made in the subject motion.

*Francis X. Dineen,* in support of the motion.